**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**RONALD E. SMITH and
PRISCILLA D. SMITH**                                                                  **PLAINTIFFS**

**v.**                                                       **CIVIL ACTION NO.: 3:22-cv-165-MPM-JMV**

**APEX MORTGAGE GROUP, LLC.,
WILLIAM STRIPLIN, JR., and
BEATRICE MOORE**                                                    **DEFENDANTS**

**ORDER GRANTING REQUEST FOR STATUS CONFERENCE**

This matter is before the court upon Plaintiffs Ronald E. Smith and Priscilla D. Smith's Motion to Set Matter for Status Conference Regarding Motion to Enforce Settlement Agreement. [Dkt. 49].

Having reviewed the motion, the Court finds it well taken and is hereby GRANTED. The Status Conference will be set by separate notice on the docket.

**SO ORDERED**, this, the 4th day of December, 2024.

                                                    /s/ Jane M. Virden
                                                    **UNITED STATES MAGISTRATE JUDGE**