IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

RONALD E. SMITH and
PRISCILLA D. SMITH                                                                          PLAINTIFFS

v.                                              CIVIL ACTION NO: 3:22-cv-00165-MPM-JMV

APEX MORTGAGE GROUP, LLC, et al.                                                DEFENDANTS

### ORDER

On December 13, 2024, Magistrate Judge Virden entered, with the agreement of both sides to this case, a Report and Recommendation (R&R) which recommended that plaintiff's motion to enforce the settlement in this case should be granted. No party has since objected to Judge Virden's R&R, and this court concludes that it should be adopted as the order of this court.

It is therefore ordered that Judge Virden's R&R is adopted as the order of this court, and plaintiff's motion to enforce settlement is hereby granted. Judgment is hereby entered against defendants in the amount of $20,000.

This, the 26th day of February, 2025.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI